UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD COOPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKWELL, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-01948-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(ECF Nos. 1, 11)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

　　　　Plaintiff Conrad Cooper is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on December 2, 2011.  Local Rule 302.

　　　　On January 24, 2014, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///

///

///

///

1

1     Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), it is HEREBY
2 ORDERED that this action is dismissed, with prejudice, based on Plaintiff's failure to state any claims
3 upon which relief may be granted under section 1983.

5 IT IS SO ORDERED.

6    Dated:   **March 19, 2014**

7                                        UNITED STATES MAGISTRATE JUDGE